## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JERMAINE J FREEMAN and | ) | Bankruptcy No. 18 B 25344 |
| ANJEL R FREEMAN, | ) | |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |

### NOTICE OF MOTION

**To:** Jermaine J Freeman and Anjel R Freeman, 4818 W Jackson Blvd 2nd Fl, Chicago, IL 60644

Elizabeth Placek, The Semrad Law Firm, Llc, 20 S. Clark 28th Floor, Chicago, IL 60603*

United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604*

PLEASE TAKE NOTICE that on **Tuesday, December 11, 2018, at 10:00 a.m.,** we will appear before the Honorable Timothy A. Barnes or such other Judge as may be presiding in that Judge's stead, in courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present our **Trustee's Motion to Extend Time to Object to Exemptions and Discharge**, a copy of which is attached hereto and served upon you herewith.

**THE APPENDED PROPOSED ORDER MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO.**

Date: December 3, 2018

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By: /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
(312) 360-1501

### CERTIFICATE OF SERVICE

On December 3, 2018, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Chicago, Illinois. Those marked with an * were served via the Court's ECF System.

/s/ Rachel A. Leibowitz
Paralegal

**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JERMAINE J FREEMAN and | ) | Bankruptcy No. 18 B 25344 |
| ANJEL R FREEMAN, | ) | |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |

**TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT**
**TO EXEMPTIONS AND DISCHARGE**

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the estate of Jermaine J Freeman and Anjel R Freeman ("Debtors"), hereby moves for an order extending the time for the Trustee to timely object to exemptions and to discharge to and including March 3, 2019.[1] In support, the Trustee states the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

**FACTUAL AND PROCEDURAL BACKGROUND**

4. Debtors filed a voluntary chapter 7 petition on September 7, 2018.

5. David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

6. The §341 meeting of creditors was held on October 4, 2018, and was continued to November 2, 2018. The Trustee requested 90 days of bank statements from all of Debtors' bank accounts, which he has since received. The Trustee followed-up with the Debtors' attorney, requesting explanations for several non-payroll deposits as well as large withdrawals from one of the accounts. The Trustee has not yet received the explanations requested. For these and other reasons, the Trustee requires additional time to obtain and review information and to further investigate and evaluate whether or not grounds may exist for an objection to the Debtor's discharge and/or exemptions.

## RELIEF REQUESTED

7. The Trustee requests that the Court extend the date by which the Trustee may timely object to Debtor's exemptions to and including March 3, 2019. He further requests that the Court extend the date by which the Trustee may timely object to the Debtor's discharge under §727 of the Bankruptcy Code to and including March 3, 2019.

## BASIS FOR RELIEF REQUESTED

8. Under Rule 4003(b), objections to the debtor's claim of exemptions must be filed within 30 days after the § 341 meeting is concluded or within 30 days after any amendment to the list of exemptions or supplemental schedules is filed, whichever is later. However, the court may, for cause, extend the time for filing objections, if the request for extension is filed prior to expiration of the deadline.

9. Under Rule 4004, a complaint objecting to the debtor's discharge must be filed not later than 60 days following the first date set for the meeting of creditors under §341. However, the court may, for cause, extend that deadline on motion filed prior to its expiration.

10. This motion is filed prior to expiration of the deadline for objections to exemptions and prior to expiration of the deadline for objections to discharge.

11.  Cause exists to extend both deadlines, because, as set forth above, the Trustee requires additional time to obtain and review information and to further investigate and evaluate whether or not grounds may exist for an objection to the Debtor's discharge and/or exemptions.

## NOTICE

12.  Notice of this Motion was provided to: (a) the Debtors; (b) the Debtor's counsel; (c) the Office of the United States Trustee; and (d) all parties that have requested or receive notice through CM/ECF.  In light of the nature of the relief requested, the Trustee requests that the Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

**WHEREFORE**, the Trustee requests that the Court enter an order:

(a) Extending the date by which the Trustee may timely object to the Debtor's claim of exemptions to and including March 3, 2019;

(b) Extending the date by which the Trustee may timely object to the Debtor's discharge to and including March 3, 2019; and

(c) Granting such further relief as the Court deems just and proper.

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
(312) 360-1501